M/D 1

## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA

_Elijah Coleman_ )
Full name and prison name of )
Plaintiff(s) )
)
v. )
) CIVIL ACTION NO. _2:07-CV-535-ID_
_Stephen F. Boudreau, MD,_ ) (To be supplied by Clerk of U.S. District
_Timothy Rodgers,_ ) Court)
_Ben K. Reeves, Jr.,_ )
_Kenneth Johnson,_ )
_Paul W. Brunson, Jr.,_ )
_Burt Smithard,_ )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )
_Raymond Rodgers,_
_Wilbert Jernigan,_

I.     **PREVIOUS LAWSUITS**

A.     Have you begun other lawsuits in state or federal court dealing with the same or
similar facts involved in this action?  YES ☐  No ☑

B.     Have you begun other lawsuits in state or federal court relating to your
imprisonment?        YES ☐        NO ☑

C.     If your answer to A or B is yes, describe each lawsuit in the space below.  (If there
is more than one lawsuit, describe the additional lawsuits on another piece of paper,
using the same outline.)

1.     Parties to this previous lawsuit:

Plaintiff (s) _____

_____

Defendant(s) _____

_____

2.     Court (if federal court, name the district; if state court, name the county)

_____

_____

3.    Docket number _____

4.    Name of judge to whom case was assigned _____
      _____

5.    Disposition (for example: was the case dismissed? Was it appealed?  Is it still
      pending ?) _____

6.    Approximate date of filing lawsuit _____

7.    Approximate date of disposition _____

II.    PLACE OF PRESENT CONFINEMENT  Kilby Correctional Facility
~~Mt. Meigs, Alabama~~ (Administrative Segregation)
→Donaldson Corr. Fac., Bessemer, Al.
       PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  Union Springs,
(Bullock County) Alabama _____

III.    NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR
       CONSTITUTIONAL RIGHTS.

        NAME                    ADDRESS

8.    Stephen F. Boudreau - P.O.B. 240591, Montgomery, Al. 36124-0591
1.    Timothy Rodgers - 5679 Montgomery Hwy, Dothan, Al. 36303
2.    Ben L. Reeves, Jr. - P.O.B. 3027, Union Springs, Al. 36089-3027
3.    Kenneth Johnson - Univ. P.D. Main St, Union Springs, Al. 36089
4.    Paul W. Brunson Jr. - P.O.B. 475, Clayton, Al. 36016
5.    Burt Smithart - 217 N. Prairie, Union Spring, Al. 36089
6.    Raymond Rodgers - 217 N. Prairie St., Union Spr., Al. 36089
7.    Wilbert Jernigan - 217 N. Prairie St., Union Spr., Al. 36089

IV.    THE DATE UPON WHICH SAID VIOLATION OCCURRED  beginning Jan. 10,
2005 to future date of release from violations.

V.    STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION
       THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:    Illegal Detainment, arrest, questioned
without reading of rights, confinement to date

2.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.) — Kont.- Attachment A

Detained Jan. 10, 2007 by Bullock Co. Sheriff Raymond Rodgers, joined by Sgt. Ken Johnson (Union Spr. Police Dept.) Questioned by both and detained before any body was found and without miranda warning. Officer Johnson lied during trial but contradicted by sheriff's dept. —

GROUND TWO: Fabrication of evidence — Shooting death homicide, charges, arrest, No bail, warrants-searches, shifted burden of facts\ proof to defendant during trial.

SUPPORTING FACTS: A B I fabrication of shooting death theory before body was found, followed by State Medical Examiner Dr. Boudreau same conclusion after body remains were found. Findings contradicted by scene photos, finding explanations don't make sense, not supported by factual tests, graphs, X-rays, based solely on visual - (kant)

GROUND THREE: Appointed ineffective attorney w/ paycheck collecting "only" motive. Court refuse to appoint rights protecting (kleanup) effective attorney, also for appeal.

SUPPORTING FACTS: Atty. Paul W. Brunson appointed, but did not investigation, refuse to seek other specialists regarding "visual" shooting finding, fed client false info., ignored letters\ requests\ demands. Visited client once in almost (2) years and this happened a few days before rushed trial. Told me to take my complaints to the Alabama Bar. Said he did not investigate because he worked alone and had No investigator, had no funds to properly, factually - kont. B.

Attachment A.

Grounds (1) Kont... Bullock County Sheriff's Senior Deputy took the stand during trial and Kontradicted the false testimony of Sgt. Johnson regarding his failed to do Miranda Warning. He perjured himself by stating during trial that I (defendant) had refused to sign the Warnings. I was jailed by officer Johnson because he said he did not believe my story. With the assistance of Sheriff Raymond Rodgers, Ben L. Reeves, DA, Agent Tim Rodgers, ABI. All done before any evidence of any Krime. Agent Rodgers also sought parole warrant from Alaska and got used it to arrest 2-days later, also before body was found.

Rights further violated by search Warrants, Arrest Warrants from Bullock County that were based on combined false info, speculations from officials. Property taken, stolen, as I sat Konfined. Property never used in Kourt and never returned. Warrants issued by Judge Smithart, Bailiff Jernigan. Officer Johnson also, w/ ABI assistance, falsified Miranda report.

Grounds (2) Kont.

Without support because there was no shooting death, and officials know it. Dr. Boudreau first stated that findings were based on his opinion instead of factual scientific tests. After threat of Kivil suit, he became definite. Stating findings of inward bevel, blowout, bevel bone, all on the right side of traumatized skull as gunshot entry wound? During trial he added to report by stating that he actually found (1) entry and (2) exit wounds (Info. not revealed before trial, as required, requested) Also

3A.

Attachment B.

Ground (2) Cont.. — Presented without factual support (graphs of bullits path, etc..) in front of a legally, scientifically ignorant jury already convinced of guilt by media hype (even Sheriff Rodgers went on a TV program talking about the case instead of looking over the deceptive shoulders of A.B.I., other officials to stop the deception, glory seeking, that went on in "his" County. How does a gunshot entry cause a blowout on the same side of skull as the inward bevel? Officials falsified, ignored, manipulated info. to biasly convict in the case.

Also 38 caliber shell casings found in my pickup (thrown there before a lawn cutting job) were also simply thrown into the case as evidence of the shooting, also without any proven connection. Shooting fabrication began by ABI agents (before body was found) after finding shell casings during search of my pickup truck. Agent Rodgers came to me with the theory and again tricked a bias prosecution team, the court, jury, search warrant issuers, etc. Casings belongs to Mr. Bill English of Tuskegee (Macon County) Alabama. He loaned no one his guns. Casings came from his property. A shooting death, (followed by a fire and animal attacks) would not leave white bone edges around inbeled gunshot trauma area and beveled bone fragment seen in photos of skull. Trauma is from animal attacks, after alcohol induced head trauma from accidental death — Not gunshots.

Grounds ③ cont.. — prepare case defense. Acted as if he was on the prosecution team, after being told over and over that shooting death was fabrication. Refused to investigate shell casings after I gave a letter in (Feb. 05) to him (but gave me the impression he had) telling him who to see to counter the state's contention. A simple phone call could have contradicted this part of the fabrication, before Mr. English passed (of known health problems) in 2006. A after trial personal investigation Mr. English daughter stated that Mr. English weapons including (2-38 pistols) was stored by her after his death. Attorney's acts seen, heard by other witnesses. Judge Smithart though defended Atty. Brunson, his circuit buddy, ignored my valid ineffective assistance complaint.

3-B.

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Order rights Violators City, State, County officials to pay Kompensatory/punitive damages through State, City, County funds and including personal assets of listed defendants - totalling $100,000,000.00 plus equal interest until injustice is korrekted, charges filed for the damaging undaring akts.

Elijah Coleman

Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  May 17, 2007                    .
                    (Date)

Elijah Coleman

Signature of plaintiff(s)



Elijah Coleman A 23
# 260079
____. 100 Warrior lane
Bessemer, AL. 35023

OFFICE OF THE CLERK
UNITED STATES DISTRICT
COURT
P.O.B. 711
Montgomery, AL. 36101 - 0711

LEGAL MAIL
June 8th 07

Legal Mail

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Elijah Coleman
        Plaintiff,

Vs

Stephen F. Boudreau,                    2:07-CV-535-ID
Timothy Rodgers,
Ben L. Reeves Jr,
Kenneth Johnson,
Paul W. Brunson, Jr.,
Burt Spithart,
Raymond Rodgers,
Wilbert Jernigan,

        Respondents,
        Defendants,

Attached Memorandum

Apr 19, 2007 Criminal Complaint Attached (4) pages

Request the option to "add" respondents for the Civil
Complaint (Civil Rights) after completion of current investigations,
that are hampered by conditions of confinement.

1.    Apr. 19, 2007              Crimminal Complaint

Plaintiff, Elijah Coleman #250079 (Kilby Correctional)
       P.O.B. 150, Mt. Meigs, Alabama 36057

To: U.S. Department Of Justice, Montgomery Al.

Complaint: Illegally Arrested Jan. 18, 2005, Charged With
murder on the 21st of that month regarding the death
in Bullock County Alabama of Cynthia Grant (FBI
number 888-879 AB3) After her remains were
found on the 13th of Jan. 05.

          Union Spring police Sgt. Kenneth Johnson
order my illegal detainment days before body was
found and perjured himself during the trial in this case.
(he gave false information regarding his failure to read me
my rights before questioning/detaining me. A Bullock County
Sheriff's Deputy confirmed the perjury by contradicting
Sgt. Johnson's testimony) Alabama Bureau of Investigations
Agents on the 12th of Jan. 05 concocted a shooting theory
After finding 38 Cal. shell casings and blood in the back
of my truck. (before body was found) After remains were
found, fabricated charges were filed aided by false
findings by (State Medical Examiner Stephan Boudreau) of
A shooting death homicide, ignoring clear evidence that his
findings were fabricated. The reason he sought no tests
for gunshots (SART) and hurriedly released remains for burial,
but scene photos reveal the deception.
          It was stated by officials that Ms. Grant was
shot to death, body put in my truck and taken to hunting
preserve and set afire, but the accidental fire is what
reveal the deception by officials hungry for glory.

2.

## Krimminal Complaint

Appointed Atty. Paul W. Brunson, Jr. play role in this konspiraky by refusing to do any investigations for defense preparation and was unprepared for the rushed, onesided trial. He wasn't prepared to konfront the "unrelated" evidenke regarding the 38 kal. shell kasings presented "without konnektion" by Prosekutor Ben Reeves, Jr., allowed by Judge Smithart just as the Medikal Examiner was allowed to present false\perjured evidenke fabrikation of a shooting death without faktual support, review. He supported A.B.I. fabrikation w/ additional intentional dekeption, aided by bias blind\intentionally blind prosekution team and a bias Kourt Judge who used sheriff's offikers to insure I kept quiet and did not reveal the dekeptions used to violate my kivil\legal rights for over (2) years now. The kourt (judge) has also ignored motions for appointment of less lazy Attorney after trial results of investigations\findings that kontradikt the "Non-krime related" spekulative trial evidenke. There was no shooting death, but alkoholik's akkident.

Alabama Dept. of Korrektions offikials at Kilby Korr. Ktr. has also assisted in the injustikes by keeping me in Administrative Segregation with little akkess to the law library bekause legal offikials shared their unjust akts to prevent me from khallenging this injustike. The kourt has not responded sinke my Nov. 06 sentenking date, even after I informed the kourt on that date also of my intent to appeal. Makon Kounty Sheriff Detektive Mike Knowles openly expressed his dislike for my past appeals for some Alaska kases bakk in the 70's, so this konspiraky was\is being passed among offikials and I want them all kharged for this konspiraky of injustike,

3.                      # Crimminal Complaint

Kidnapping, perjury, fabrication of EVIDENCE, Etc.

Officials in this case decided that my rights were not worth respecting and felt they could continue old oppressive Jim Crow antics of twisting, fabrikating, perjuring themselves into a conviction without fear of confrontation by those officials practicing unding loyalty to laws, human rights protected by the U.S. Constitution. I want all involved prosecuted — the manipulators and those manipulated because they did not do their jobs and confirm that information\evidence was factual before arresting, Etc.

1. State Medical Examiner — Stephen Boudreau - Montgomery
2. ABI Agents Tim Rodgers — Dothan, AL. (assistants)
3. Judge Smithart - Bullock Co. 3rd Circuit
4. Prosekutor B.K. Reeves — Bullock Co. (Assistants)
5. Attys. Paul W. Brunson, Jr. — Klayton, AL.
6. Bailiff W. Jernigan - B.K. Courthouse (others who issued guiltless warrants\searches)

7. B.K. Sheriff Raymond Rodgers (Assisting Senior Deputy)
8. Dixon County Sheriff David Warren (Assisting Staff Det. Mike Knowles Ex-officers, Lary, Goode)

9. Union Springs (BK) Police Sgt. Kenneth Johnson
10. Ex-Tuskegee Police Detectives Rucker, Mims (both later sanctioned (Rucker guilty for missing drugs\ thousands of drug funds from Evidence room)
11. State Fire Marshall — (ASFM) Todd Register (County)
12. Union Springs\City Coroner — Thomas May
13. Macon Co. Parole Officer - W. Roberts (Tuskegee, AL.)

4.

# Crimminal Complaint

-14. ~~Bullock Co. Judge Mike D. Farmer,~~
15. ~~Warden Holte. At. Mfgs (Kilby Korrektional Center)~~

I have already sent to the Montgomery, Alabama office (and Washington DC Dept. of Justice) copies of photos, and other information on this injustice. A less bias re-evaluation of the shooting finding in this case will show the shooting theories deception, which is the basis for the continued violation of my rights and the intentional crimes against me by State officials, etc., who hope to continue hiding their acts\crimes behind their titles\positions\ unchecked powers.

I was kidnapped, sentenced to life without parole by these Jim Krow Nazis and their puppets who follow even crimminal orders without questions. Every official is paid and required to respect the law\ Human rights and required to know and carry out their duties based upon sound ~~factual~~ information.

If you need any more info. please contact me.

Elijah Coleman

I certify the information is true under penalty of perjury. Executed this 4th day of June, 2007.

CC-EC



Elijah Coleman A 23
# 250079
▆▆▆ . 100 Warrior Lane
Bessemer, AL 35023

Office of The Clerk
United States District
Court
P.o.B. 711
Montgomery, AL. 36101-0711

Legal Mail
June 8th 07

Legal Mail