To: Judge Susan Russ Walker - U.S. Magistrate
Case # 2:07-CV-535-Id

# FINANCIAL STATEMENT OF INMATE'S PRISON ACCOUNT

I certify that according to the records on file in this institution, the Figures set out below are the approximate average daily balances in the Account of inmate __Elijah Coleman__
(NAME)

for the previous six months.

| Month | Balance |
|---|---|
| 1. _____ | Bal 0.16¢ |
| 2. _____ | _____ |
| 3. _____ | _____ |
| 4. _____ | COPY FOR COURT |
| 5. _____ | ATTACHED |
| 6. _____ | _____ |

_____
Authorized Officer of the Institution

June 27, 2007
Date

SWORN TO AND SUBSCRIBED BEFORE ME AND GIVEN UNDER MY HAND AND OFFICIAL SEAL THIS 27th DAY OF June, 2007.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES: 5/31/2008

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
               W.E. DONALDSON CORR. FACILITY
```

AIS #: 250079     NAME: COLEMAN, ELIJAH                    AS OF: 06/27/2007

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| JUN | 3  | $0.00 | $0.00 |
| JUL | 31 | $0.00 | $0.00 |
| AUG | 31 | $0.00 | $0.00 |
| SEP | 30 | $0.00 | $0.00 |
| OCT | 31 | $0.00 | $0.00 |
| NOV | 30 | $0.00 | $0.00 |
| DEC | 31 | $0.00 | $0.00 |
| JAN | 31 | $0.00 | $0.00 |
| FEB | 28 | $0.00 | $0.00 |
| MAR | 31 | $0.00 | $0.00 |
| APR | 30 | $0.00 | $0.00 |
| MAY | 31 | $0.00 | $0.00 |
| JUN | 27 | $2.20 | $2.98 |

COURT COPY

To: Magistrate S. R. Walker
Kase # 2:07-CV-535-ID

Elijah Roletnan #250079
A-23
100 Warrior Lane
Bessemer, AL: 35023-7299

Judge Susan Russ Walker
U.S. Magistrate
United States District Court
P.O. Box 711
Montgomery, AL. 36101-0711

6-26-07
Legal Mail