IN THE U.S. DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

Elijah Coleman, #250079
Plaintiff

V.

Stephen F. Boudreau
et al., Defendant.

2:07-CV-535-ID
(WO)

RECEIVED 2007 AUG 13 A 9:39

## OBJECTIONS TO MAGISTRATE'S RECOMMENDATIONS

A. Claims Barred by Statute of Limitations:

Statutes of limitations do no apply first because the state confined, isolated, restricted, segregated my abilities through over (2) years confinement, from Jan 10, 05 to date. Defendants notified of intent to take civil action in the summer 2006, as soon as allowed.

Second the dates of allegations of violation of rights are beginning dates of violations. The acts didn't end in Jan. 2005 because the intent was to confine for self glory and I remain confined as result of such acts. The violation is the issue, not the dates it began. If they had ended, I could have sued freely before now. Statutes of limitations are designed to protect the state from it's own evils because its employees are protected from direct liabilities under colors of law.

Third, the face of the complaint is designed to show

1.

sakes of aktors and their akts. The komplaint is direkted to those kity, kounty, state bodies that support\protekt the rights violators. Is the state immune from malikious akts of its self-protekted employees. The state is expekted to kover damages, just as it sponsors also the konfinement.

B. It is well known that listed defendants are\were operating within their offikial positions but the state is the responsible party by allowing rights to be so openly violated. This is against the injustikes allowed by state support\passive diktates. This is about the state sponsored akts from Jan. 10, 05 to date. The kourt akts kan only serve as testimony to the state's beliefs

dated this 7th day of Aug. 2007  Elijah Coleman #250019
                                   Elijah Coleman

2.

Elijah Coleman - A-23
#250079
100 Warrior Lane
Bessemer, AL. 35023-7299

8-7-07
Legal Mail



Susan Russ Walker
U.S. Magistrate Judge
U.S. District Court
P.O.B. 711
Montgomery, AL.
36101