IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELIJAH COLEMAN, #250 079, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07cv535-ID |
| | ) |
| STEPHEN F. BOUDREAU, M.D., | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On July 31, 2007, the Magistrate Judge filed a Recommendation in this case. (Doc. No. 5.) Plaintiff Elijah Coleman filed objections on August 13, 2007. (Doc. No. 7.) The court has made a *de novo* determination of those portions of the Recommendation to which Plaintiff objects and has independently reviewed the file in this case. Upon careful CONSIDERATION, it is ORDERED as follows:

1. Plaintiff's objections be and the same are hereby OVERRULED;

2. the Recommendation be and the same is hereby ADOPTED, APPROVED and AFFIRMED;

3. Plaintiff's claims challenging events which occurred in January 2005 be and the same are DISMISSED with prejudice pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i), as Plaintiff failed to file the complaint with regard to these allegations within the time prescribed by the applicable period of limitation;

4. the 42 U.S.C. § 1983 claims against Judge Burt Smithart, Paul Brunson, Jr., Ben Reeves, Jr., be and the same are hereby DISMISSED with prejudice in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i) and/or (iii);

5. Plaintiff's perjury and property claims and his request to press criminal charges be and the same are hereby DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i);

6. Plaintiff's challenge to the constitutionality of the conviction and sentence imposed upon him by the Circuit Court for Bullock County, Alabama be and the same are hereby DISMISSED without prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii), as such claims are not properly before the court at this time; and

7. this complaint be and the same is hereby DISMISSED prior to service of process.

DONE this 16th day of October, 2007.

/s/ Ira DeMent  
SENIOR UNITED STATES DISTRICT JUDGE